**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Nicholas J. Galasso-Munoz,** *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-00483-ADA-SH** |
| | § | |
| **Equifax Information Services, LLC and Experian Information Solutions, Inc.,** | § | |
| | § | |
| *Defendants* | § | |

**ORDER**

Before the Court are Plaintiff's Notice of Intent to Settle with Defendant Experian Information Solutions, Inc. (Dkt. 12) and Notice of Intent to Settle with Defendant Equifax Information Services, LLC (Dkt. 13), both filed August 1, 2026. Plaintiff states that the parties have reached a settlement agreement and requests 90 days to file a stipulation of dismissal.

The Court **ORDERS** the parties to file a Joint Stipulation of Dismissal and Proposed Final Judgment by **October 5, 2026.**

It is **FURTHER ORDERED** that all settings and deadlines in this case are **CANCELED**.

**SIGNED** on August 3, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE